THE STATE EX REL. DAWSON, APPELLANT, *v.* GENTZLER
TOOL & DIE CORP. ET AL., APPELLEES.

[Cite as *State ex rel. Dawson v. Gentzler Tool & Die
Corp.*, 140 Ohio St.3d 331, 2014-Ohio-3957.]

(No. 2012–1814—Submitted August 19, 2014—Decided September 17, 2014.)

{¶ 1} The judgment of the court of appeals is affirmed for the reasons stated in the opinion of the court of appeals.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Richard L. Williger Co., L.P.A., and Richard L. Williger, for appellant.

Michael DeWine, Attorney General, and Lydia M. Arko, Assistant Attorney General, for appellee Industrial Commission of Ohio.